IT IS SO ORDERED.

 s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BEST PROCESS SOLUTIONS, INC., | ) | Case No. 1:21-CV-00662 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE PHOENIX INASHCO USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Best Process Solutions, Inc. (hereinafter "BPS") and Defendant Blue Phoenix Inashco USA, Inc. (hereinafter "Inashco") stipulate as provided in Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

1. BPS and Inashco have entered into a written Settlement Agreement and Release of Claims ("Agreement"), dated as of April 26, 2024, fully settling and resolving all of the claims asserted or that could have been asserted in the above captioned matter ("Lawsuit").

2. This Court shall retain jurisdiction to resolve any dispute involving this Agreement and the settlement the Lawsuit.

3. Accordingly, this matter is dismissed, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.